**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Corey J. Butler,

        Plaintiff,

                                          Civil No. 08-5196 (RHK/JJK)
                                          **ORDER**

v.

Bloomington Public Schools,
ISD #271,

        Defendant.

---

      Plaintiff's Motion "for a continuance to January 11, 2010 to respond to Defendant's motion for summary judgment" (Doc. No. 25) is **GRANTED**. There will be <u>no</u> further extensions. Defendant's Reply brief, if any, is now due on January 22, 2010.

Dated: January 7, 2010

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge